IN THE SUPREME COURT OF TEXAS

 No. 09-1072

 IN RE RICHARD SCHELLER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion to stay, filed December 28, 2009, is granted.
The trial court order dated November 12, 2009, in Cause No. D-1-FM-09-
004325, styled In the Interest of Allison Elizabeth Scheller and Emma Marie
Scheller, Children, in the 261st District Court of Travis County, Texas, is
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., January 14, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 4, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk